DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE VARGAS-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:06-cr-210 OWW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE; AND ORDER THEREON |
| ) | |
| JORGE VARGAS-MENDEZ, ) | Date : October 31, 2006 |
| ) | Time : 9:00 a.m. |
| Defendant. ) | Dept : Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 17, 2006,  may be continued to **October 31, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client sufficient time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

Stipulation to Continue Status Conference

| | | |
|---|---|---|
| 1 | DATED:  October 12, 2006 | McGREGOR W. SCOTT<br>United States Attorney |

/s/ Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  October 12, 2006                         DANIEL J. BRODERICK
                                                 Federal Defender


                                                 /s/ Carrie S. Leonetti
                                                 CARRIE S. LEONETTI
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:     October 13, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2