DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE VARGAS-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:06-cr-210 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | |
| JORGE VARGAS-MENDEZ, | Date : January 2, 2007 |
| | Time : 9:00 a.m. |
| Defendant. | Dept : Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 21, 2006,  may be continued to **January 2, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to permit the defendant further consideration of the plea offer due to difficulties in communication between client and defense counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

Stipulation to Continue Status Conference

| | |
|---|---|
| DATED:  November 16, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ Steven M. Crass<br>STEVEN M. CRASS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | |
| DATED:  November 16, 2006 | DANIEL J. BRODERICK<br>Federal Defender |
| | |
| | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2