1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARRIE LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE VARGAS-MENDEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  1:06-cr-210 OWW
                                       )
12            *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; AND ORDER THEREON
13       v.                            )
                                       )   Date  :  January 9, 2007
14  JORGE VARGAS-MENDEZ,               )   Time :  9:00 a.m.
                                       )   Dept  :  Oliver W. Wanger
15            *Defendant.*             )
    _____)
16

17        IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

18  attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19  for January 2, 2007,  may be continued to **January 9, 2007 at 9:00 a.m.**

20        The continuance sought is at the request of defense counsel for ongoing defense preparation and

21  evaluation.

22        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23  justice, including but not limited to, the need for the period of time set forth herein for further defense

    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
    preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

    Stipulation to Continue Status Conference

1    DATED:  December 19, 2006          McGREGOR W. SCOTT
                                        United States Attorney
2

3
                                        /s/ Steven M. Crass
4                                       STEVEN M. CRASS
                                        Assistant U.S. Attorney
5                                       Attorney for Plaintiff

6

7
     DATED:  December 19, 2006          DANIEL J. BRODERICK
8                                       Federal Defender

9

10                                      /s/ Carrie S. Leonetti
                                        CARRIE S. LEONETTI
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12

13

14                              **O R D E R**

15   IT IS SO ORDERED.

16   **Dated:    December 20, 2006**          **/s/ Oliver W. Wanger**
     emm0d6                             UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing          2