UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>   v.<br><br>JORGE VARGAS-MENDEZ,<br><br>              Defendant | 1:06-CR-210 OWW<br><br>ORDER FOR MENTAL EXAMINATION |

    Pursuant to 18 USC 4241 it is ordered that a mental examination be conducted on JORGE VARGAS-MENDEZ, 0607881, GID T234784, to determine his mental competency to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    It is further ordered that a report be prepared and provided to the Court after the examination.

Dated: January 11, 2007            /s/ OLIVER W. WANGER
                                                      _____
                                                      OLIVER W. WANGER
                                                      United States District Judge