UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )      1:06-CR-00210 LJO
                                )
            Plaintiff,          )
vs.                             )      ORDER FOR COMMITMENT
                                )      PURSUANT TO 18 USC 4241(d)
JORGE VARGAS-MENDEZ,            )
                                )
            Defendant,          )
_____)
```

The Court having received and reviewed the evaluation report that was prepared for Jorge Vargas-Mendez and having given Counsel an opportunity to be heard in open Court with defendant present on March 2, 2007;

IT IS HEREBY ORDERED that pursuant to 18 USC 4241(d), the defendant, JORGE VARGAS-MENDEZ, is committed to a federal medical center for treatment for restoration to competency for a period of four months, or for any such other period deemed necessary by the facility.

IT IS SO ORDERED.

**Dated:   March 12, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES DISTRICT JUDGE

1