UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00210 LJO |
| ) Plaintiff, ) | |
| vs. ) | ORDER |
| ) JORGE VARGAS-MENDEZ, ) | |
| ) Defendant, ) | |
| _____ ) | |

    The Court finds that it has subject-matter jurisdiction over the instant Habeas Corpus Petition pursuant to 18 USC 2241. The Court further finds that it does not have In Personam jurisdiction over the appropriate Respondent Warden of the U.S. Medical Center at Springfield, Missouri located in the Western District of Missouri. The absence of In Personam Jurisdiction is consistent with the holding in the case of Rumsfeld v Padilla (2004) 124 S.Ct. 2711.

    The Court further finds that if there was a waiver by the Government, relief is appropriate.

    Finally, the Court finds that it has the power to grant a change of venue. Motion to dismiss is denied. The Court grants the change of venue from the EDCA to the Western Dist of Missouri.

IT IS SO ORDERED.

**Dated:     September 11, 2007**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE