UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:06-CR-210 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JORGE VARGAS-MENDEZ | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

   The Court has received and reviewed the letter of October 1, 2007 from the Warden of the U.S. Medical center for Federal Prisoners, along with the report of September 26, 2007 from Dr. Christina Pietz.

   The Court hereby orders that a copy of both be provided to both counsel in the pending criminal case of Jorge Vargas-Mendez.

   The Court notes that there appears to be an expectation that the defendant will become competent, and the Court is therefore inclined to extend the time for treatment as requested pursuant to Title 18 USC section 4241(d)(2)(A).  A status hearing will take place on Friday, October 19, 2007 at 8:25 a.m. (Immediately to precede motions in other cases).

IT IS SO ORDERED.

**Dated:   October 11, 2007**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1