DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE VARGAS-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-210 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER THEREON |
| v. | |
| JORGE VARGAS-MENDEZ, | Date : November 16, 2007 |
| Defendant. | Time : 9:00 a.m.<br>Dept : Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 9, 2007,  may be continued to **November 16, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel because defense counsel will be away from her office on November 9, 2007.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  November 7, 2007             McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DATED:  November 7, 2007             DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Carrie S. Leonetti
                                      CARRIE S. LEONETTI
                                      Assistant Federal Defender
                                      Attorney for Defendant


**O R D E R**

Due to the unavailablity of Defense Counsel, good cause exists to continue and to exclude time.  The requests are granted.


IT IS SO ORDERED.

**Dated:     November 7, 2007**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference             2