**FILED**

MAY 1 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-CR-210 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JORGE VARGAS-MENDEZ, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on May 16, 2008, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: May 16, 2008

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1